IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 05-cv-01557-WYD

GEORGE DOCKINS,

    Applicant,

v.

MICHAEL J. GAINES,
EDWARD F. REILLY, JR.,
JOHN R. SIMPSON,
TIMOTHY E. JONES, in their official capacities as Commissioners of the U.S. Parole
    Commission, and
JOSEPH V. SMITH, Warden,

    Respondents.

---

**ORDER FOR APPLICANT TO SUBMIT RESPONSE
TO RESPONDENTS' MOTION TO DISMISS**

---

Applicant George Dockins was a prisoner in the custody of the United States Bureau of Prisons and was incarcerated at the Federal Detention Center in Philadelphia, Pennsylvania, when he initiated this action on January 3, 2005, by filing *pro se* an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 in the United States District Court for the Eastern District of Pennsylvania.  He subsequently was transferred to the Federal Correctional Institution in Englewood, Colorado, and the action was transferred to this court.

On February 24, 2006, the respondents filed a motion to dismiss alleging that on October 21, 2005, Mr. Dockins was released on parole and, therefore, that the habeas

corpus application should be denied because the relief Mr. Dockins seeks, i.e., a Parole Commission hearing in order to be granted parole, is moot. Mr. Dockins will be allowed **twenty (20) days from the date of this order** in which to file a response to the motion to dismiss. Failure to do so within the time allowed will result in the denial of the habeas corpus application and the dismissal of this action. Accordingly, it is

ORDERED that Applicant George Dockins is allowed **twenty (20) days from the date of this order** in which to file a response to the motion to dismiss filed on February 24, 2006, by the respondents. It is

FURTHER ORDERED that if Mr. Dockins fails to respond to the motion to dismiss within the time allowed, the habeas corpus application will be denied and the action dismissed.

Dated: February 28, 2006

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge