IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 05-cv-01557-WYD-OES

GEORGE DOCKINS,

    Petitioner,

v.

MICHAEL J. GAINES, et al.,

    Respondents.

## ORDER

On February 28, 2006, I ordered the applicant George Dockins to submit within twenty (20) days a response to the motion to dismiss filed by the respondents on February 24, 2006.  The February 28 order was mailed to Mr. Dockins at the address provided by the respondents on the motion to dismiss, i.e., Bannum Place, 630 A&D Street, Tupelo, MS 38801.  On March 10, 2006, Mr. Dockins submitted a document to the court that does not appear to be responsive to the February 28 order.  On March 13, 2006, the copy of the February 28 order mailed to Mr. Dockins at the Tupelo, MS, address was returned to the Court marked "Not Deliverable As Addressed, Unable to Forward."  Mr. Dockins does not provide an address with the document he submitted to the court on March 10.  Therefore, the clerk of the court will be directed to remail the February 28 order to Mr. Dockins at the only other address the court has on file, i.e., Mr. Dockins' mandatory release address at 2678 Jasmine Street, Denver, CO 80207. Mr. Dockins will be allowed **twenty (20) days from the date of this order** in which to

respond to the February 28 order.  Failure to do so within the time allowed may result in the dismissal of this action.

Dated:  March 16, 2006

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge