IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 05-cv-01557-WYD-OES

GEORGE DOCKINS,

    Petitioner,

v.

MICHAEL J. GAINES, et al.,

    Respondents.

**ORDER**

On February 28, 2006, I ordered the applicant George Dockins to submit within twenty (20) days a response to the motion to dismiss filed by the respondents on February 24, 2006. The February 28 order was mailed to Mr. Dockins at the address provided by the respondents on the motion to dismiss, i.e., Bannum Place, 630 A&D Street, Tupelo, MS 38801. On March 10, 2006, Mr. Dockins submitted a document to the court that does not appear to be responsive to the February 28 order. On March 13, 2006, the copy of the February 28 order mailed to Mr. Dockins at the Tupelo, MS, address was returned to the Court marked "Not Deliverable As Addressed, Unable to Forward." On March 16, 2006, I ordered that the February 28 order be mailed to the only other address the court had on file, i.e., Mr. Dockins' mandatory release address at 2678 Jasmine Street, Denver, CO 80207. However, on March 20, 2006, Mr. Dockins filed a Notice of Change of Address alerting the Court of his new address. As such, the clerk of the court will be directed to remail the February 28 and March 16 orders and to

mail this order to George Dockins # 09103-042 at FPS, P.O. Box 34550, Memphis, TN 38138-0550.  Mr. Dockins will be allowed **twenty (20) days from the date of this order** in which to respond to the February 28 order.  Failure to do so within the time allowed may result in the dismissal of this action.

Mr. Dockins should also be advised that under D.C.COLO.LCivR 5.2C, notice of change of address must be filed within ten days of the change.

Dated:  March 21, 2006

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge